United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Oscar Franco, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 15-61146-Civ-Scola |
| | ) |
| The Hemispheres Condominium | ) |
| Association, Inc., Defendant | ) |

**Order Requiring Discovery And Scheduling Conference,
Order Requiring Statement Of Claim And Response In FLSA Case,
And Order Referring Discovery Matters To The Magistrate Judge**

THIS MATTER is before the Court upon an independent review of the record. The parties must abide by the following instructions:

1. This is a Fair Labor Standards Act case in which the Plaintiff seeks unpaid wages. In order to assist the Court in the management of the case, the following procedures are required:

   a. The Plaintiff must file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (*e.g.*, overtime or regular) **no later than twenty-one days from date of this Order, inclusive of mailing days**.

   b. When the Defendant first appears in the case, or at the time of filing if Defendant has already appeared, the Plaintiff must promptly serve a copy of this Order and the statement of claim upon the Defendant. The Plaintiff must also file a notice with the Court indicating the date the Plaintiff served Defendant with the statement of claim. (If this case has been removed from state court, the Defendant must properly serve a copy of this Order to the Plaintiff.)

   c. Within fourteen days of receiving service of Plaintiff's statement of claim, the Defendant must file a response to the Plaintiff's statement of claim.

2. Within fourteen days of the filing of a response to the complaint by a Defendant in this matter, the parties must meet and confer regarding discovery and scheduling issues, as set out in Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b).

3. Within seven days of the parties' discovery and scheduling conference, the parties must file a joint discovery plan and conference report, as set forth in Federal Rule of Civil Procedure 26(f)(3) and Local Rule 16.1(b)(2). The parties should note that Federal Rule of Civil Procedure 26(f)(3)(B) and Local Rule 16.1(b)(C) requires the joint discovery plan and conference report to state the parties' proposed time limit to complete discovery.

4. The parties do not need to submit a joint proposed scheduling order pursuant to Local Rule 16.1(b)(3). It is this Court's practice to set FLSA cases on an expedited case track. This expedited case track requires the parties to complete discovery approximately three months from of the date of the Court's Scheduling Order, and provides for a trial date approximately 230 days from of the date of the Court's Scheduling Order. The Court's expedited case track is set forth in Attachment "A" to this Order. If the parties believe that this case is uniquely complex and requires more time the parties must set out the reasons justifying a more protracted schedule along with a proposed schedule of trial and pretrial deadlines.

5. <u>Magistrate Judge Referral</u>. By virtue of 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **refers** all discovery motions in this case to Magistrate Judge Alicia M. Otazo-Reyes to take all necessary and proper action as required by law.

6. <u>Settlement Conference Before Magistrate Judge</u>. The parties may, at any time, file a motion requesting a settlement conference before Magistrate Judge Alicia M. Otazo-Reyes. The Court encourages the parties to consider a confidential settlement conference with Judge Otazo-Reyes, especially if the parties believe there is a meaningful chance of reaching an early, amicable resolution of their dispute.

7. <u>Discovery Motion Procedures</u>. Discovery motions (which must contain the Local Rule 7.1(a)(3) certification of good-faith conference) will be handled on an **expedited briefing schedule** and with a **shortened page limitation**, to prevent delay to the pretrial schedule. The parties must file responses and replies to discovery motions no later than seven days after a motion, or response, is filed. These deadlines are inclusive of the "mailing" days allotted by the Federal and Local Rules. Any contrary deadlines that may appear on the Court's docket or the attorneys' deadline report, generated by CM/ECF, cannot modify this Order.

Any discovery motion and response, including the incorporated memorandum of law, may not exceed ten pages. Any reply memoranda may not exceed five pages. Also, the parties should note that Federal Rule of Civil Procedure 29 permits parties to stipulate to extend the time for responding to interrogatories, requests for production, or requests for admissions, unless such extension would interfere with the deadline set for completing discovery, for hearing a motion, or for trial.

**Done and ordered** at Miami, Florida, on June 2, 2015.

_____
Robert N. Scola, Jr.
United States District Judge

**Attachment "A" to the Order Requiring Discovery and Scheduling Conference**

**Example Scheduling Timeline For Expedited Track Cases**

| Days After Entry of The Scheduling Order | |
|---|---|
| 28 | Deadline to join additional parties or to amend pleadings. |
| 60 | Deadline to file joint interim status report. |
| | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 99 | Deadline to complete fact discovery. |
| | Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition. |
| | Deadline to disclose the identity of expert witnesses, and to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2).  Rebuttal disclosures are permitted, and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(ii). |
| 114 | Deadline for the filing of all dispositive motions. |
| 119 | Deadline to complete mediation. |
| 144 | Deadline to complete all expert discovery. |
| 45 days BEFORE calendar call | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions. |
| 30 days BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| 10 days BEFORE the trial date | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |
| 1 week before trial period commences | Calendar Call. |
| 234 (approximate) | Two-week trial period commences. |