United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Oscar Franco, Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 15-61146-Civ-Scola |
| The Hemispheres Condominium | ) |
| Association, Ins., Defendant | ) |

### Order Approving FLSA Settlement And Dismissing Action

     The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (Joint Mot. Settlement, ECF No. 25.) Having reviewed the record, the relevant legal authorities, and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

     The Court **approves** the parties' settlement agreement, **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreement.

     **Done and ordered** in chambers, at Miami, Florida, on August 28, 2015.

_____
Robert N. Scola, Jr.
United States District Judge